## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Bryan D. Hite                                    CHAPTER 13
      Nicole L. Hite
          Debtor(s)                        BKY. NO. 26-20356 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
26 Feb 2026, 12:32:28, EST

Denise Carlon, Esq. (317226)      ☐
Matthew Fissel, Esq. (314567)     ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 6820c953f52c83bfe00357a42fa729afaeed0f146dccbcd5f0bea81aedef8d1d